IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA

v.  NO. 3:13-CR-00033-001 (CAR)

**ANDREW TARBUSH**

## ORDER

On February 25, 2015, the above-named defendant was sentence to 110 months custody followed by three-years of supervised release for the offence of Conspiracy to Possess with Intent to Distribute Methamphetamine. Tarbush commenced the term of supervised release on January 10, 2020.

On January 9, 2023, a Petition for Warrant for Offender Under Supervision was filed alleging Tarbush violated the term of supervised release.

For good and sufficient cause, it is now ordered that the Petition be dismissed, and the term of supervised release be terminated.

SO ORDERED this 12 day of January, 2023.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE

Prepared by: AMM